**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Senior District Judge Richard P. Matsch**

Date:                    May 30, 2008
Courtroom Deputy:   J. Christopher Smith
FTR Technician:       Kathy Terasaki
Probation:             Kurt Thoene

Criminal Action No. 03-cr-00113-RPM

UNITED STATES OF AMERICA,                                      Patricia W. Davies

     Plaintiff,

v.

DAVID ENRIQUE ORTIZ,                                           Virginia Grady

     Defendant.

## RE-SENTENCING

**11:00 a.m.      Court in session.**

Defendant present in-custody.

Court's preliminary remarks and the current status of the record.

Ms. Grady answers questions.

Counsel state they have reviewed the revised PSI report and there are no objections.

Ms. Davies states government's position with respect to sentencing guidelines.
Court states its sentencing guideline determination.

Argument by Ms. Grady.
Ms. Grady requests that copies of defendant's medical records tendered in court today be attached to the PSI report.

**ORDERED:  Copies of defendant's recent medical records, tendered in court by defendant's counsel Ms. Grady, are to be attached to the PSI report.**

May 30, 2008
03-cr-00113-RPM

Statement by the defendant.

Argument by Ms. Davies.

**Court's findings and conclusions stated on record.**

**ORDERED:** **Motion for Statutory Sentence, filed May 23, 2008 [155], is resolved by Court's sentence.**

Date of guilty verdict: October 15, 2003

**ORDERED**: Defendant is committed to the custody of the United States Bureau of Prisons to be **imprisoned** for a term of 12 months on Count 1 and **24 months** on Count 2 with both terms imposed to run concurrently.

**ORDERED**: Upon release from imprisonment, defendant shall be placed on **supervised release** for a **term of 1 year** on each count concurrently.

**ORDERED**: Conditions of Supervised Release are that:

Defendant shall not commit another federal, state or local crime.
Defendant shall not illegally possess controlled substances.
Defendant shall not possess a firearm or destructive device.
Defendant shall comply with standard conditions as adopted by the court.
Defendant shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of release on supervised release and at least two periodic drug tests thereafter for use of a controlled substance.

**SPECIAL CONDITION** of Supervised Release:

Defendant shall participate in a program of testing and treatment for drug/alcohol abuse as directed by the probation officer until such time as the defendant is released from the program by the probation officer. The defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment.

**ORDERED**: Defendant to pay $25.00 on Count 1 and $100.00 on Count 2 toth Crime Victim Fund (Special Assessment) to be paid immediately.

**ORDERED**: Defendant to pay a **fine** of **$2,000.00 without interest** and with payment to begin during term of supervised.

**Court recommends that the Bureau of Prisons place the defendant at in a facility that can provide medical attention and treatment to defendant's hypertension medical condition.**

May 30, 2008
03-cr-00113-RPM

Defendant advised of right to appeal.

Defendant is **REMANDED** to the custody of the U.S. Marshal.

**11:52 a.m.      Court in recess.**

Hearing concluded.  Total time: 52 min.